# Third District Court of Appeal
## State of Florida

Opinion filed July 13, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-407
Lower Tribunal No. F11-33207
_____


**Dorian Hinkson,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Dorian Hinkson, in proper person.

Ashley Moody, Attorney General, for appellee.


Before LOGUE, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.